# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY G.,[1] | Case No. CV 2:23-07811-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In accordance with the Order Affirming the Commissioner's Decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

DATED:  May 14, 2024

_____/s/_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.